# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PATRICIA GRAVES,** | ) | CASE NO.  24-cv-1259-RJD |
| *Plaintiff,* | ) | |
| vs. | ) | |
| **JACKPOT, INC.,** | ) | |
| *Defendant.* | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order entered by the Court on July 2, 2024, that all claims have been settled or otherwise resolved and all Defendants are dismissed from this action with prejudice, each party to bear their own costs, unless otherwise provided in the settlement documents.

**DATED:  September 4, 2024**

**MONICA A. STUMP**
**CLERK OF COURT**

By: *s/ Jamie Melson*
    Deputy Clerk


**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**